**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

CHRISTOPHER J. MCINTYRE,
    Plaintiff,

Case Number 3:13-cv-00149-RRB

v.

BP EXPLORATION AND PRODUCTION,
INC.; BP AMERICA PRODUCTION
COMPANY,
    Defendants.        **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendants BP Exploration and Production, Inc., and BP America Production Company recover of plaintiff Christopher J. McIntyre defendants costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of __.25_ % as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

APPROVED:


S/RALPH R. BEISTLINE
United States District Judge


[]{JMT2.WPT*Rev.3/03}

Date: March 9, 2015

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    MARVEL HANSBRAUGH
Marvel Hansbraugh,
Clerk of Court