| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | OCT 31 2017 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

CHRISTOPHER J. MCINTYRE,

    Plaintiff-Appellant,

v.

BP EXPLORATION AND PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY,

    Defendants-Appellees.

No. 15-35234

D.C. No. 3:13-cv-00149-RRB
District of Alaska,
Anchorage

ORDER

Before: KOZINSKI and FRIEDLAND, Circuit Judges, and BENNETT,[*] District Judge.

    The panel has unanimously voted to deny the petition for rehearing. Judge Kozinski and Judge Friedland have voted to deny the petition for rehearing en banc, and Judge Bennett so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

    The petitions for rehearing and rehearing en banc are **DENIED**.

---

    [*] The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, sitting by designation.