UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER J. MCINTYRE,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>BP EXPLORATION AND PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY,<br><br>      Defendants - Appellees. | No. 15-35234<br><br>D.C. No. 3:13-cv-00149-RRB<br>U.S. District Court for Alaska, Anchorage<br><br>**MANDATE** |

The judgment of this Court, entered September 15, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7